# EXHIBIT 7
# Submitted Under Seal

(WhatsApp Witness Statement)